CHARLES B. PEABODY et al., as Trustees, etc., Respondents, *v.* MARY C. KENT, as Executrix of EDWARD H. KENT, Deceased, et al., Defendants, and JOHN J. SINNOTT, as Receiver of PEABODY CLAY COMPANY, Appellant.

Reported below, 153 App. Div. 286.
(Submitted March 24, 1913; decided April 1, 1913.)

MOTION to dismiss an appeal from a final judgment, entered in favor of plaintiffs December 6, 1912, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an interlocutory judgment of Special Term and directed judgment of foreclosure and sale and for deficiency if any.

The motion was made upon the grounds that direct appeal to the Court of Appeals was not permissible in this case.

*Edgar J. Phillips* and *Frank M. Avery* for motion.

*H. H. Morse* and *W. L. Morse* opposed.

Motion denied, with ten dollars costs.